UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 08-61937-CIV-GRAHAM/TORRES

SARAH M. POLLOCK,

    Plaintiffs,
vs.

FINANCIAL CREDIT NETWORK, INC.

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [D.E. 16], which was filed on April 25, 2009. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice, with each party to bear its own attorney's fees and costs, except as otherwise agreed by the parties. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction for sixty (60) days to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
    All Counsel of Record